UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KITCHNER GABRIEL,

                            Plaintiff,

-against-

AD DELIVERY & WAREHOUSING INC.,
WORKFORCE LOGISTICS CORP.,
WORKFORCE CREW, INC. and
AMRIT DABIE,

                            Defendants.
-----------------------------------------------------------X

Case No.: 14-cv-4042
(ENV)(SMG)

**STIPULATION AND**
**ORDER OF DISMISSAL**

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties in the above captioned action, through the undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice and without costs or attorneys' fees as to all claims in the above-captioned lawsuit be dismissed with prejudice, with each party to bear its own fees and costs (other than those specified in the Settlement Agreement), and further that Plaintiff is barred from bringing another claim under the Fair Labor Standards Act, New York Labor Law, or any other federal, state or local law for wages, including overtime pay, for the period set forth in the Complaint.

     The Court retains jurisdiction over the settlement agreement resolving this action.

Dated: March 14, 2015

**Law Offices of Abdul K. Hassan, Esq.**
*Attorneys for Plaintiff*

By: _____
Abdul K. Hassan, Esq.
215-08 Hillside Avenue
Queens Village, New York 11427
(718) 740-1000

So Ordered

/s/ USDJ VITALIANO

Dated: March 18, 2015

**Kaufman Dolowich & Voluck, LLP**
*Attorneys for Defendants AD Delivery &*
*Warehousing Inc. and Amrit Dabie*

By: _____
Jeffery A. Meyer, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

The Clerk is directed to close this case.

MAR 20 2015